UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNA ELIZABETH HUBER HOLCOMB,

    **Plaintiff,**

v.

    Case No: 6:18-cv-511-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    **Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Anna Elizabeth Huber Holcomb's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claim for a period of disability and disability insurance benefits. On November 19, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be reversed (Doc. 16). After review of the Report and Recommendation (Doc. 16) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 16) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42

U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded. Upon receipt of such notice, Plaintiff shall promptly e-mail Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

4. The Clerk of Court is directed to **ENTER JUDGMENT** and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___ day of Dec. 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record