UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNA ELIZABETH HUBER
HOLCOMB,

**Plaintiff,**

v.                                              Case No: 6:18-CV-00511-GKS-TBS

COMMISSIONER OF SOCIAL
SECURITY,

**Defendant.**

## ORDER

This cause came on for consideration on Plaintiff Anna Elizabeth Huber Holcomb's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 19), which the Court referred to the United States Magistrate Judge for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 21), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Anna Elizabeth Huber Holcomb's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 19) is **GRANTED**.

3. Plaintiff Anna Elizabeth Humber Holcomb, as the prevailing party, is awarded attorneys' fees in the amount of **$8,092.00**, and costs shall be taxed in the amount of **$400.00**, to be paid from the Judgment Fund.

4. The Clerk of Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Anna Elizabeth Huber Holcomb and against Defendant Commissioner of Social Security.

**DONE** and **ORDERED** in Orlando, Florida, this  19  day of April, 2019.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record