# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ANNA ELIZABETH HUBER HOLCOMB,**

        **Plaintiff,**

v.                                                              Case No: 6:18-cv-511-Orl-18DCI

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Unopposed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1) (Doc. 25)** |
| **FILED:** | **December 11, 2020** |
| **THEREON** it is **Recommended** that the motion be **GRANTED**. | |

Plaintiff's counsel moves for an award of attorney fees pursuant to 42 U.S.C. § 406(b)(1). Doc. 25 (the Motion); Doc. 26 (the Memorandum of Law).[1] Plaintiff's counsel states that following the Court's reversal of the Commissioner's decision denying disability benefits and remand of the case for further administrative proceedings, Plaintiff was awarded retroactive benefits 25% of which is $21,905.25. Doc. 26-1 at 2; *see* 42 U.S.C. § 406(b)(1) (recovery of such fees under this section may not exceed 25% of the total past-due benefits). But Plaintiff's counsel

---

[1] This should be one document, not two. *See* Local Rule 3.01(a).

now seeks $13,813.25 in attorney fees pursuant to § 406(b). Doc. 25. Plaintiff's counsel states that the fees he seeks to collect includes a deduction of the attorney fees ($8,092.00) previously awarded under the Equal Access to Justice Act (EAJA). Doc. 26-1 at 3; *see Jackson v. Comm'r of Soc. Sec.*, 601 F.3d 1268, 1274 (11th Cir. 2010) (holding that counsel may effectuate the refund of a smaller EAJA award by either refunding the amount awarded under the EAJA to the client or deducting that amount from counsel's request for § 406(b) fees). Upon review, the undersigned finds that Plaintiff's counsel's request for $13,813.25 in attorney fees does not run afoul of the limit imposed by § 406(b) and is reasonable under the circumstances of this case.

Accordingly, it is respectfully **RECOMMENDED** that the Motion (Doc. 25) be **GRANTED** and Plaintiff's counsel be authorized to charge and collect from Plaintiff $13,813.25 in attorney fees.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on December 14, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy