UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNA ELIZABETH HUBER
HOLCOMB,

        Plaintiff,

v.                                            Case No: 6:18-cv-511-Orl-18DCI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

THIS CAUSE came on for consideration on Plaintiff Anna Elizabeth Huber Holcomb's Unopposed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1) (Docs. 25 and 26), which the Court referred to the United States Magistrate Judge for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 27) entered on December 14, 2020, and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Anna Elizabeth Huber Holcomb's Unopposed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1) (Doc. 25) is **GRANTED.** As set forth in the Report and Recommendation (Doc. 27), Plaintiff's counsel's request for $13,813.25 in attorney fees does not run afoul of the limit imposed by § 406(b) and is reasonable under the circumstances of this case.

3. Plaintiff's request for attorney's fees in accordance with 42 U.S.C. § 406(b)(1), in the amount of $13,813.25, is **GRANTED**.

4. The Clerk of Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Anna Elizabeth Huber Holcomb and against Defendant Commissioner of Social Security.

**DONE** and **ORDERED** in Orlando, Florida, this ___7___ day of January, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record